**David N. UMFLEET,
Defendant-Appellant,**

v.

**STATE of Missouri,
Plaintiff-Respondent.**

**No. 52309.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 30, 1987.

Motion for Rehearing and/or Transfer
Denied July 30, 1987.

Application to Transfer Denied
Sept. 15, 1987.

Maria V. Perron, Office of the Public Defender, Clayton, for defendant-appellant.

William L. Webster, Atty. Gen., Donna Richards-Crosswhite, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Movant appeals denial of his Rule 27.26 motion for post conviction relief without an evidentiary hearing. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).